(Official Form 1) (9/01)

FORM B1

**United States Bankruptcy Court**
**Southern District of New York**

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Britestarr Homes, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>*02-50811* |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**13-3418382** | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**400 Oak Point Avenue**<br>**Bronx, NY 10455** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:    **Bronx** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**120 Norrans Ridge Drive**<br>**Ridgefield, CT  06877** | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor    **400 Oak Point Avenue**
(if different from street address above):    **Bronx, NY 10455**

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
☐ Individual(s)      ☐ Railroad
☒ Corporation       ☐ Stockbroker
☐ Partnership        ☐ Commodity Broker
☐ Other

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check on box)
☐ Chapter 7      ☒ Chapter 11      ☐ Chapter 13
☐ Chapter 9      ☐ Chapter 12
☐ Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
☐ Consumer/Non-Business    ☒ Business

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)
☒ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)
☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

**Estimated Debts**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

VOLUNTARY PETITION

© 1993-2001 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

(Official Form 1) (9/01)

FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Britestarr Homes, Inc.** |
|---|---|

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**David Norkin** | Case Number:<br>**97-50043** | Date Filed:<br>**October 27, 1997** |
| District:<br>**Connecticut** | Relationship:<br>**President** | Judge:<br>**Alan H.W. Shiff** |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

X _____
  Signature of Debtor

X _____
  Signature of Joint Debtor

  _____
  Telephone Number (If not represented by attorney)

  _____
  Date

**Signature of Attorney**

X _____
  Signature of Attorney for Debtor(s)
**Thomas R. Califano**
  Printed Name of Attorney for Debtor(s)
**Piper Rudnick LLP**
  Firm Name
**1251 Avenue Of The Americas**
  Address
**New York, NY 10020-1104**

**(212) 835-6000**
  Telephone Number
**May 20, 2002**
  Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/ David Norkin_____
  Signature of Authorized Individual
**David Norkin**
  Printed Name of Authorized Individual
**President**
  Title of Authorized Individual
**May 20, 2002**
  Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
  Signature of Attorney for Debtor(s)                    Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

  _____
  Printed Name of Bankruptcy Petition Preparer

  _____
  Social Security Number

  _____
  Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
  Signature of Bankruptcy Petition Preparer

  _____
  Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

VOLUNTARY PETITION

© 1993-2001 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Britestarr Homes, Inc.

Debtor(s)

Case No. 02-12411 (CB)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property".

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a security interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 1070 Legett Avenue a/k/a 967 East 149th Street, Bronx, New York - Block 2604, Lot 74 | Fee Simple | | 17,500,000.00 | 0.00 |
| 191 Barry Street a/k/a 501 Barry Street, Bronx, New York - Block 2606, Lot 63 | Fee Simple | | 17,500,000.00 | 0.00 |
| | | TOTAL | 35,000,000.00 | |

(Report also on Summary of Schedules)

SCHEDULE A - REAL PROPERTY

© 1993-2001 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

IN RE Britestarr Homes, Inc.
_____
                    Debtor(s)                                    Case No. 02-12411 (CB)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attached a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions only in Schedule C - Property Claimed as Exempt.

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leased. If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".

© 1993-2001 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |

IN RE Britestarr Homes, Inc.

Debtor(s)                                    Case No. 02-12411 (CB)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | two automobiles | | 58,000.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

© 1993-2001 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

_0_ continuation sheets attached

SCHEDULE B - PERSONAL PROPERTY

TOTAL    58,000.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

IN RE Britestarr Homes, Inc.                                              Case No. 02-12411 (CB)
_____
                    Debtor(s)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1):  Exemptions provided in 11 U.S.C. § 522(d). NOTE: These exemptions are available only in certain states.

☑ 11 U.S.C. § 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

© 1993-2001 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

IN RE Britestarr Homes, Inc.
_____
Debtor(s)

Case No. 02-12411 (CB)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H","W","J", or "C", respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED NATURE OF LIEN AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. Craig W. Galea + Mark C. Kruse 14 Elm Place Rye, NY 10580 | | | | | | X | 1,378,134.94 | |
| Account No. | | | Value $ | | | | 1,378,134.94 | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

0 Continuation Sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 1,378,134.94 |
| (Complete only on last sheet of Schedule D)  TOTAL | | 1,378,134.94 |

(Report total also on Summary of Schedules)

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

© 1993-2001 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Britestarr Homes, Inc.
_____
Debtor(s)

Case No. 02-12411 (CB)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H","W","J", or "C", respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the Total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS
(Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2)

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑ **Taxes and Other Certain Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** Continuation Sheets attached

© 1993-2001 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Britestarr Homes, Inc.
_____
Debtor(s)

Case No. 02-12411 (CB)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|
| Account No. Internal Revenue Service Cincinnati, OH 45999 | | | | | | | 200,000.00 |
| Account No. N.Y.C. Department Of Finance 25 Elm Place, 4th Floor Brooklyn, NY 11201 | | | | | | | 200,000.00 / 6,809.74 |
| Account No. N.Y.C. Department Of Finance 25 Elm Place, 4th Floor Brooklyn, NY 11201 | | | | | | X | 6,809.74 / 75,000.00 |
| Account No. NYS Dept Of Environmental Conservation 1 Hunter's Point Plaza 47-40 21st Street Long Island City, NY 11101-5407 | | | | | | | 75,000.00 / 0.00 |
| Account No. State Tax Commissioner W.A. Harriman Campus Albany, NY 12227 | | | | | | | 1,060.37 |
| Account No. | | | | | | | 1,060.37 |

Sheet _____ 1 of _____ 1 Continuation Sheets attached to Schedule E

Subtotal (Total of this page)    282,870.11

(Complete only on last sheet of Schedule E)  TOTAL    282,870.11
(Report total also on Summary of Schedules)

© 1990-2001 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

IN RE Britestarr Homes, Inc.
_____
Debtor(s)

Case No. 02-12411 (CB)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H","W","J", or "C", respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**ABB Equity Ventures, Inc.**<br>**202 Carnegie Center, Suite 100**<br>**Princeton, NJ  08540** | | | | | | | |
| Account No.<br>**Environmental Control Board**<br>**66 John Street, 10th Floor**<br>**New York, NY  10038** | | | | | | | **unknown** |
| Account No.<br>**Gordon Hale**<br>**630 Steamboat Road**<br>**Greenwich, CT  06830** | | | loan | | | | 0.00 |
| Account No.<br>**John Nonnenmacher**<br>**350 Fifth Avenue**<br>**New York, NY  10118** | | | | | | | **25,000.00** |
| Account No.<br>**Keith Hartley**<br>**14 Wynnwood Road**<br>**Greenwich, CT  06830** | | | fees for financial advising | | | | **50,000.00** |
| | | | | | | | **35,000.00** |

_1_ Continuation Sheets attached

Subtotal
(Total of this page) **110,000.00**

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2001 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

IN RE Britestarr Homes, Inc.
                        Debtor(s)                                    Case No. 02-12411 (CB)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** Lloyds TSB Bank Plc 71 Lombard Street London, England,   EC3P3B5 | | | | | | X | |
| **Account No.** Meyers & Harrison 7 Research Drive Woodbridge, CT  06525 | | | fees for accounting services | | | | 4,450,000.00 |
| **Account No.** Moshe Mirsky 9 East 40th Street New York, NY  10016 | | | legal fees | | | | 11,500.00 |
| **Account No.** Oak Point Property, Inc. 202 Carnegie Center, Suite 100 Princeton, NJ  08540 | | | | | | X | 14,000.00 |
| **Account No.** Piper Rudnick LLP 1251 Avenue Of The Americas New York, NY  10020 | | | | | | | 0.00 |
| **Account No.** | | | | | | | 230,000.00 |
| **Account No.** | | | | | | | |

Sheet _____1___ of _____1___ Continuation Sheets attached to Schedule F

|  |  |
|---|---|
| Subtotal (Total of this page) | 4,705,500.00 |
| (Complete only on last sheet of Schedule F) TOTAL | 4,815,500.00 |

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2001 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

IN RE Britestarr Homes, Inc.
_____
Debtor(s)

Case No. 02-12411 (CB)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete addresses of all other parties to each lease or contract described.
NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1983-2001 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

**IN RE** Britestarr Homes, Inc.

Debtor(s)

Case No. 02-12411 (CB)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

SCHEDULE H - CODEBTORS

© 1993-2001 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Britestarr Homes, Inc.</u> _____    Case No. <u>02-12411 (CB)</u>
_____
Debtor(s)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

<div style="text-align:right">(Total shown on summary page plus 1)</div>

Date: _____    Signature: _____

<div style="text-align:right">Debtor</div>

Date: _____    Signature: _____

<div style="text-align:right">(Joint Debtor, if any)</div>

<div style="text-align:right">[If joint case, both spouses must sign.]</div>

_____

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____    
Printed or Typed Name of Bankruptcy Petition Preparer

Social Security No. _____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____    _____
Signature of Bankruptcy Petition Preparer                              Date

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

_____

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the <u>President</u> _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the <u>Britestarr Homes, Inc.</u> (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ <u>14</u> sheets, and that they are true and correct to the best of my knowledge, information, and belief.

<div>(Total shown on summary page plus 1)</div>

Date: <u>June 4, 2002</u>    Signature: <u>/s/ David Norkin</u>

<u>David Norkin</u>

<div style="text-align:right">(Print or type name of individual signing on behalf of debtor)</div>

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

DECLARATION CONCERNING DEBTOR'S SCHEDULES

<div style="transform:rotate(-90deg)">© 1993-2001 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

**United States Bankruptcy Court**
**Southern District of New York**

IN RE:

Britestarr Homes, Inc.

Case No. 02-12411 (CB)

_____
Debtor(s)

Chapter 11

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case if filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| 300,000.00 | Option payments pursuant to the agreement with ABB Equity Ventures |
| 600,000.00 | Option payments pursuant to the agreement with ABB Equity Ventures |
| 480,000.00 | Option payments pursuant to the agreement with ABB Equity Ventures |

**2. Income other than from employment or operation of business**

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**3. Payments to creditors**

None ☑ a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐ b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| David Norkin<br>120 Norrans Ridge Drive<br>Ridgefield, CT 06877<br>President | | 300,000.00 | 0.00 |

© 1993-2001 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Oak Point Property, Inc. v. Britestarr Homes, Inc. - Index No. 28224/2001 | Order to Show Cause | Supreme Court, Bronx County | This case has been referred to the Hon. Ira Grammerman in New York County. |
| ABB Equity Ventures, Inc. v. Britestarr Homes, Inc. - Index No. 28224/2001 | Order to Show Cause | Supreme Court, New York County | The Oak Point Property case has been combined with this case and the action is pending before Hon. Ira Grammerman. |
| Craig W. Galea and Mark C. Kruse v. Britestarr Homes, Inc., David Norkin, State of New York Department of Taxation and Finance and New York City Department of Taxation - Index No. 16677/1996 | action to foreclose on a mortgage | Supreme Court, Bronx County | A judgment of foreclosure and sale was granted to the plaintiffs on or about December 12, 2000. The defendants appealed the judgment, then withdrew the appeal pursuant to a stipulation between the parties. The action is now pending. |
| Britestarr Homes, Inc. and David Norkin v. Craig Galea and Mark Kruse - Index No. 27354/2000 | claims related to defendants' foreclosure action | Supreme Court, Bronx County | Plaintiffs have appealed the Court's decision granting the defendant's motion to dismiss. |
| Mark Schwarz v. Britestarr Homes, Inc. | suit to recover fees | Supreme Court, New York County | pending |

None ☑ b. Describe all property than has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2001 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

STATEMENT OF FINANCIAL AFFAIRS

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☑ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

**10. Other transfers**

None ☑ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, association, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Ridgefield Bank<br>150 Danbury Road<br>Ridgefield, CT 06877-0950 | Checking 505013827 | $5,700 - May 15, 2002 |

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

© 1993-2001 EZ-Filing, Inc. [1-800-998-2424] • Forms Software Only

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☐ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|
| NYS Dept Of Environmental Conservation<br>1 Hunter's Point Plaza<br>47-40 21st Street<br>Long Island City, NY 11101-5407 | R2-3324-90-11 | March 4, 1995 Order |

**18. Nature, location and name of business**

None ☐ a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Britestarr Homes, Inc. | 13-3418362 | 400 Oak Point Avenue<br>Bronx, NY 10455 | | |

None ☐ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|
| Britestarr Homes, Inc. | 400 Oak Point Avenue<br>Bronx, NY 10455 |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

© 1993-2001 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

STATEMENT OF FINANCIAL AFFAIRS

**19. Books, records and financial statements**

None ☑ a. List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☐ b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME AND ADDRESS
Meyers & Harrison
7 Research Drive
Woodbridge, CT 06525

DATES SERVICES RENDERED

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
David Norkin
120 Norrans Ridge Drive
Ridgefield, CT 06877

None ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of the case by the debtor.

**20. Inventories**

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR
David Norkin
120 Norrans Ridge Drive
Ridgefield, CT 06877
President

DATE AND PURPOSE OF WITHDRAWAL
compensation

AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY
$300,000

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of this case.

© 1993-2001 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                                        :
                                                              :
BRITESTARR HOMES, INC.,                                       :    Chapter 11
                                                              :
                                                              :    Case No. 02-12411 (CB)
                              Debtor.                         :
------------------------------------------------------------ : x

## AFFIDAVIT OF DAVID NORKIN
## PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

STATE OF CONNECTICUT )
                       ) ss.:
COUNTY OF FAIRFEILD    )

David Norkin, being duly sworn, deposes and says:

1.      I am the President of Britestarr Homes, Inc. ("Britestarr"). In that capacity, I am familiar with the day-to-day operations, business and financial affairs of the Debtor. I am authorized to submit this affidavit in support of the Debtor's petition for relief under chapter 11 of title 11 of the Bankruptcy Code.

2.      A description of the nature of the Debtor's business and a concise statement of the circumstances leading to the commencement of the Debtor's chapter 11 case is set forth below.

3.      To the best of my knowledge, information and belief, no committee has been organized prior to the Petition Date.

4.      Pursuant to Fed. R. Bankr. P. 1007(d) and Local Bankruptcy Rule 1007-2, set forth on Schedule 1 hereto is a consolidated list of names, addresses and, where available, telephone numbers of the creditors of the Debtors holding the twenty (20) largest unsecured claims, excluding insiders. Such list includes the amount of the claim, the nature of the claim

**25. Pension Funds.**

☑ **None** If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.


Date: <u>June 4, 2002</u>                    Signature: _____ /s/ David Norkin _____

                                               <u>David Norkin, President</u>

                                                                                    Print Name and Title

            [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

                            ____ <u>0</u> continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2001 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

(i.e., trade debt, bank loan, government contract, etc.) and, if appropriate, an indication of whether such claim is contingent, unliquidated, disputed or partially secured, subject, however, to certain reservations of rights stated on Schedule 1 regarding, among other things, the actual validity of any such claims.

5.    Upon information and belief, the Debtor has one disputed secured creditor, Craig W. Galea and Mark C. Kruse.

6.    Set forth on Schedule 2 is a list of the number and classes of stock, debentures and other securities of Britestarr. Schedule 2 includes the number of shares held by each Britestarr's executive officers and directors.

7.    To the best of my knowledge, the Debtor has no property that is in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents or secured creditor, or agent for any such entity.

8.    Set forth on Schedule 3 hereto is a list of the premises owned, leased, or held under other arrangement, from which the Debtor operates its business.

9.    Set forth on Schedule 4 hereto is a list of the locations of the Debtor's substantial assets within and outside the territorial limits of the United States.

10.    To the best of my knowledge, there is one foreclosure action in New York state against the Debtor or its property where a judgment against the Debtor has been rendered. A Final Judgment of Foreclosure and Sale was entered on December 27, 2000 in the Office of the Bronx County Clerk in the case entitled *Galea and Kruse v. Britestarr, et al.*

11.    Set forth on Schedule 5 hereto are the names of the individuals who comprise Britestarr's existing senior management.

2

12.    No amounts to be paid to the Debtor's officers, directors, stockholders and financial consultants for services for the thirty (30)-day period following the commencement of their chapter 11 case.

13.    In addition to the foregoing information, on the Petition Date the Debtor filed with the Court a consolidated list containing the name and address of each of their known or potential creditors.

### NATURE OF THE DEBTOR'S BUSINESS AND STATEMENT OF CIRCUMSTANCES LEADING TO THE DEBTOR'S CHAPTER 11 FILING

14.    On May 20, 2002 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

15.    By motion dated May 21, 2002, the Debtor is seeking, with the consent of the Office of the United States Trustee (the "UST"), the appointment of a chapter 11 trustee pursuant to section 1104(a)(2) of the Bankruptcy Code.

16.    To date, no committee has been formed.

17.    Britestarr Homes, Inc. ("Britestarr") was formed in 1986 to purchase property in New York City, construct a factory for affordable modular housing, and sell the housing to developers in the New York metropolitan area.

18.    In September 1988, Britestarr purchased from Consolidated Rail Corporation approximately 28 acres of real property located at 400 Oak Point Avenue in the Bronx (the "Property"). The Property was purchased for $3,167,100.

19.    The purchase of the Property was financed by a loan from Lloyds Bank PLC ("Lloyds") in the amount of $4,450,000 (the "Loan") made on or about September 7, 1988.

The Loan was secured by a mortgage on the property (the "Mortgage") and a personal guaranty from Friema Norkin (the "Guaranty"), the former wife of the Debtor's current principal, David Norkin.

20.    As partial security for the Loan and Guaranty, Friema Norkin pledged the shares of the Debtor's stock by a pledge agreement dated September 7, 1988, which shares were transferred to David Norkin on January 10, 1989.

21.    Unable to secure financing for the modular home factory, Britestarr began recycling and processing construction and demolition debris on the Property.  In 1988, Britestarr formed Oak Point Associates to run the recycling and processing operations on the Property.  At the same time, Britestarr was preparing the Property for sale.  The Property was used for recycling and processing construction and demolition debris from January 1989 through October 1989.  Oak Point Associates has since been dissolved.

22.    A satisfaction of mortgage dated July 16, 1993 was filed by Lloyds discharging the Mortgage.

23.    In December 1998, Britestarr executed an option agreement with ABB Energy Ventures, Inc., predecessor-in-interest to ABB Equity Ventures, Inc. ("ABB"), whereby ABB had the option to purchase the Property for not less than $31,400,000 nor more than $35,000,000.  ABB did not exercise the option, which was due to expire on December 31, 2001.  This option is now the subject of litigation in New York County and its expiration is pending on the outcome of that litigation (the "Ownership Litigation").  In lieu of a lump sum purchase price, Britestarr could alternatively retain an ownership interest in the entity that ABB was forming to construct a power plant on the property.  That ownership interest would entitle Britestarr to receive annual equity distributions for a thirty (30)-year period.

24.      Several potential purchasers have previously expressed interest in purchasing the Property, however, none have concluded a deal because of the ongoing litigation with ABB.

25.      There is a judgment against the property, in the principal amount of $1,378,135 held by Craig W. Galea and Mark C. Kruse ("Galea and Kruse"). Under a forbearance agreement dated February 21, 2001, Galea and Kruse agreed to forbear enforcing their rights as judgment creditors for a period of 548 days from the date of the agreement.

26.      In light of the Ownership Litigation, the outstanding judgment held by Galea and Kruse, and the potential tax and other liabilities, the Debtor filed for bankruptcy because it believed a sale of substantially all of the Debtor's assets in bankruptcy would ensure the best outcome for all creditors in the case and preserve the value of the Debtor's assets pending the outcome of the Ownership Litigation and other matters.

## REQUEST FOR RELIEF

27.      To implement an organized liquidation of the Debtor's business and financial affairs, the protection of chapter 11 is essential to the preservation and enhancement of the Debtor's business, assets and the protection of all parties in interest.

BRITESTARR HOMES, INC.

By: _____/s/_____
    Name: David Norkin
    Title:   President

Sworn to before me this
21st day of May, 2002.

___/s/_____
Shirley Stanrod, Notary Public
Commission Expires 5/31/2006

NEWY1:3617623.v1  5/21/02 2:22 PM
29421-1

5

**Schedule 1**

Twenty (20) Largest Unsecured Creditors

**Schedule 2**

**Equity**

**United States Bankruptcy Court**
**Southern District of New York**

IN RE:

Britestarr Homes, Inc.
_____    Case No. 02-12411 (CB)
Debtor(s)                    Chapter 11

**EXHIBIT "A" TO VOLUNTARY PETITION**

1. If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number
is _____.

2. The following financial data is the latest available information and refers to debtor's condition on May 21, 2002.

    a. Total assets            $ 35,058,000.00

    b. Total debts (including debts listed in 2.c., below)    $ 6,221,005.05

                                                 Approximate
                                             Number of Holders

    c. Debt securities held by more than 500 holders.

      secured / /  unsecured / /  subordinated / /  $ _____ _____

      secured / /  unsecured / /  subordinated / /  $ _____ _____

      secured / /  unsecured / /  subordinated / /  $ _____ _____

      secured / /  unsecured / /  subordinated / /  $ _____ _____

      secured / /  unsecured / /  subordinated / /  $ _____ _____

    d. Number of shares of preferred stock

    e. Number of shares of common stock       100       1

Comments, if any:

3. Brief description of debtor's business:

     Owner of real property

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the
voting securities of debtor:

     David Norkin

EXHIBIT "A" TO VOLUNTARY PETITION

© 1993-2001 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Southern District of New York**

IN RE:                                                    Case No.   02-12411  (CB)

Britestarr Homes, Inc.
_____          Chapter 11
        Debtor(s)

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to debtor's condition on   May 21, 2002   .

    a. Total assets                                          $ 35,058,000.00

    b. Total debts (including debts listed in 2.c., below)    $ 6,221,005.05

|  |  | Approximate Number of Holders |
|---|---|---|
| c. Debt securities held by more than 500 holders. | | |
| secured / /   unsecured / /   subordinated / / | $ _____ | _____ |
| secured / /   unsecured / /   subordinated / / | $ _____ | _____ |
| secured / /   unsecured / /   subordinated / / | $ _____ | _____ |
| secured / /   unsecured / /   subordinated / / | $ _____ | _____ |
| secured / /   unsecured / /   subordinated / / | $ _____ | _____ |
| d. Number of shares of preferred stock | _____ | _____ |
| e. Number of shares of common stock | 100 | 1 |

Comments, if any:

3. Brief description of debtor's business:

       Owner of real property

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

       David Norkin

© 1993-2001 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

EXHIBIT "A" TO VOLUNTARY PETITION

## Schedule 3

### Premises Owned

1070 Legget Avenue
a/k/a 967 East 149th Street
Bronx, NY (Block 2604, Lot 740

191 Barry Street
a/k/a 501 Barry Street
Bronx, NY (Block 2606, Lot 63)

Both properties are also sometimes referred to as being located at:

400 Oak Point Avenue
Bronx, NY 10455

**Schedule 4**

Location of Assets

400 Oak Point Avenue
Bronx, NY 10455

**Schedule 5**

Management

David Norkin - President

# BRITESTARR HOMES, INC.

## BOARD RESOLUTIONS

The undersigned, being the sole director (the "Director") of BRITESTARR HOMES, INC., a New York corporation (the "Corporation"), hereby consents and agrees to the adoption of the following resolutions:

**RESOLVED**, that in the judgment of the Director, and upon the advice of its legal and financial advisors, it is desirable and in the best interests of the Corporation, its creditors and other interested parties that the Corporation file, on May 20, 2002, a voluntary petition for relief under chapter 11 of title 11, United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York; and it is further

**RESOLVED**, that the proper officers of the Corporation be, and each of them hereby is authorized, directed and empowered, in the name and on behalf of the Corporation, to execute, verify and file a petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York at such time as the officer executing said petition on behalf of the Corporation shall determine; and it is further

**RESOLVED**, that the proper officers of the Corporation be, and each of them hereby is authorized, directed and empowered to retain on behalf of the Corporation the law firm of Piper Rudnick LLP to render legal services to, and to represent the Corporation in connection with such chapter 11 proceedings and any other related matters in connection therewith, on such terms as such officer or officers shall approve; and it is further

**RESOLVED**, that the proper officers of the Corporation be, and each of them hereby is, authorized, directed and empowered, to take all such further actions required by law or otherwise necessary or desirable and to execute and deliver all such other agreements, instruments and documents in the name and on behalf of the Corporation and under its corporate seal or otherwise, and to pay all such expenses and to do any and all acts and things whatsoever as they shall deem necessary, proper or advisable in order to fully carry out the intent and to accomplish the purposes of the foregoing resolutions.

**IN WITNESS WHEREOF**, the undersigned has executed these resolutions as of May 20, 2002.

_____/s/_____
David Norkin

2

**United States Bankruptcy Court**
**Southern District of New York**

IN RE:                                                              Case No. **02-12411 (CB)**

Britestarr Homes, Inc.                                          Chapter **11**

_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Rule 1007(d) for filing in this Chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency placed the creditor among the holders of the 20 largest unsecured claims.

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Lloyds TSB Bank Plc**<br>**71 Lombard Street**<br>**London, England,   EC3P3B5** | | | **Disputed** | **4,450,000.00** |
| **Craig W. Galea + Mark C. Kruse**<br>**14 Elm Place**<br>**Rye, NY** | | **Bank loan** | **Disputed** | **1,378,134.94**<br>**Collateral:**<br>**0.00**<br>**Unsecured:**<br>**1,378,134.94** |
| **Piper Rudnick LLP**<br>**1251 Avenue Of The Americas**<br>**New York, NY 10020** | | | | **230,000.00** |
| **N.Y.C. Department Of Finance**<br>**25 Elm Place, 4th Floor**<br>**Brooklyn, NY 11201** | | | **Disputed** | **75,000.00** |
| **Keith Hartley**<br>**14 Wynnwood Road**<br>**Greenwich, CT 06830** | **(203) 869-0958** | | | **35,000.00** |
| **Gordon Hale**<br>**630 Steamboat Road**<br>**Greenwich, CT 06830** | **(203) 629-1006** | | | **25,000.00** |
| **Moshe Mirsky**<br>**9 East 40th Street**<br>**New York, NY 10016** | | | | **10,000.00** |
| **Meyers & Harrison**<br>**7 Research Drive**<br>**Woodbridge, CT 06525** | **(203) 397-3313** | | | **10,000.00** |
| **N.Y.C. Department Of Finance**<br>**25 Elm Place, 4th Floor**<br>**Brooklyn, NY 11201** | | | | **6,809.74** |
| **State Tax Commissioner**<br>**W.A. Harriman Campus**<br>**Albany, NY 12227** | | | | **1,060.37** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation][or a member or an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **May 21, 2002**                    Signature:    /s/ David Norkin

                                                        **David Norkin, President**
                                                                                        (Print Name and Title)

© 1993-2001 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Southern District of New York**

IN RE:                                                    Case No. **02-12411 (CB)**

Britestarr Homes, Inc.                                    Chapter **11**
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Rule 1007(d) for filing in this Chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency placed the creditor among the holders of the 20 largest unsecured claims.

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Lloyds TSB Bank Plc<br>71 Lombard Street<br>London, England,    EC3P3B5 | | | Disputed | 4,450,000.00 |
| Craig W. Galea + Mark C. Kruse<br>14 Elm Place<br>Rye, NY | | Bank loan | Disputed | 1,378,134.94<br>Collateral:<br>0.00<br>Unsecured:<br>1,378,134.94 |
| Piper Rudnick LLP<br>1251 Avenue Of The Americas<br>New York, NY  10020 | | | | 230,000.00 |
| N.Y.C. Department Of Finance<br>25 Elm Place, 4th Floor<br>Brooklyn, NY  11201 | | | Disputed | 75,000.00 |
| Keith Hartley<br>14 Wynnwood Road<br>Greenwich, CT  06830 | (203) 869-0958 | | | 35,000.00 |
| Gordon Hale<br>630 Steamboat Road<br>Greenwich, CT  06830 | (203) 629-1006 | | | 25,000.00 |
| Moshe Mirsky<br>9 East 40th Street<br>New York, NY  10016 | | | | 10,000.00 |
| Meyers & Harrison<br>7 Research Drive<br>Woodbridge, CT  06525 | (203) 397-3313 | | | 10,000.00 |
| N.Y.C. Department Of Finance<br>25 Elm Place, 4th Floor<br>Brooklyn, NY  11201 | | | | 6,809.74 |
| State Tax Commissioner<br>W.A. Harriman Campus<br>Albany, NY  12227 | | | | 1,060.37 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president or other officer or an authorized agent of the corporation][or a member or an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **May 21, 2002**          Signature:     /s/ David Norkin

                              **David Norkin, President**

                                                            (Print Name and Title)

© 1993-2001 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

**United States Bankruptcy Court**
**Southern District of New York**

IN RE:

Britestarr Homes, Inc.

Case No. _____

_____
Debtor(s)

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency placed the creditor among the holders of the 20 largest unsecured claims. This list is prepared in accordance with Rule 1007(d) for filing in this Chapter 11 [or chapter 9] case.

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Craig W. Galea + Mark C. Kruse 14 Elm Place Rye, NY 10580 | | Bank loan | Disputed | |
| N.Y.C. Department Of Finance 25 Elm Place, 4th Floor Brooklyn, NY 11201 | | | | 1,378,134.94 |
| Keith Hartley 14 Wynnwood Road Greenwich, CT 06830 | (203) 869-0958 | | Disputed | 75,000.00 |
| Gordon Hale 630 Steamboat Road Greenwich, CT 06830 | (203) 629-1006 | | | 35,000.00 |
| Moshe Mirsky 9 East 40th Street New York, NY 10016 | | | | 25,000.00 |
| Meyers & Harrison 7 Research Drive Woodbridge, CT 06525 | (203) 397-3313 | | | 10,000.00 |
| N.Y.C. Department Of Finance 25 Elm Place, 4th Floor Brooklyn, NY 11201 | | | | 10,000.00 |
| State Tax Commissioner W.A. Harriman Campus Albany, NY 12227 | | | | 6,809.74 |
| | | | | 1,060.37 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation][or a member or an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **May 20, 2002**          Signature:  **/s/ David Norkin**

**David Norkin, President**

(Print Name and Title)

LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

© 1993-2001 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

ABB Equity Ventures, Inc.
202 Carnegie Center, Suite 100
Princeton, NJ 08540


Craig W. Galea + Mark C. Kruse
14 Elm Place
Rye, NY 10580


Environmental Control Board
66 John Street, 10th Floor
New York, NY 10038


Gordon Hale
630 Steamboat Road
Greenwich, CT 06830


Internal Revenue Service
Cincinnati, OH 45999


John Nonnenmacher
350 Fifth Avenue
New York, NY 10118


Keith Hartley
14 Wynnwood Road
Greenwich, CT 06830


Lloyds TSB Bank Plc
71 Lombard Street
London, England,        EC3P3B5


Meyers & Harrison
7 Research Drive
Woodbridge, CT 06525

Moshe Mirsky
9 East 40th Street
New York, NY  10016


N.Y.C. Department Of Finance
25 Elm Place, 4th Floor
Brooklyn, NY  11201


NYS Dept Of Environmental Conservation
1 Hunter's Point Plaza
47-40 21st Street
Long Island City, NY  11101-5407


Oak Point Property, Inc.
202 Carnegie Center, Suite 100
Princeton, NJ  08540


Piper Rudnick LLP
1251 Avenue Of The Americas
New York, NY  10020


State Tax Commissioner
W.A. Harriman Campus
Albany, NY  12227

britestarr amended creditor matrix.txt

02-12411 (CB)

ABB Equity Ventures, Inc.
202 Carnegie Center, Suite 100
Princeton, NJ  08540

Lloyds TSB Bank Plc
71 Lombard Street
London, England,      EC3P3B5

Piper Rudnick LLP
1251 Avenue Of The Americas
New York, NY  10020

**United States Bankruptcy Court**
**Southern District of New York**

IN RE:

Britestarr Homes, Inc.

Case No. 02-12411 (CB)

<center>Debtor(s)</center>

Chapter 11

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: June 4, 2002          Signature:          /s/ David Norkin
                                                   David Norkin, President

                                                                        Debtor

Date: _____          Signature: _____

                                                                   Joint Debtor, if any

© 1983-2001 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

VERIFICATION OF CREDITOR MATRIX

**United States Bankruptcy Court**
**Southern District of New York**

IN RE:                                                                      Case No. <u>02-12411 (CB)</u>

<u>Britestarr Homes, Inc.</u>                                              Chapter <u>11</u>
                              <span style="font-size:small">Debtor(s)</span>

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: <u>May 21, 2002</u>                     Signature:     <u>/s/ David Norkin</u>
                                                            **David Norkin, President**
                                                                                                        Debtor


Date: _____            Signature: _____
                                                                                         Joint Debtor, if any

© 1993-2001 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Southern District of New York**

IN RE:

Britestarr Homes, Inc.

Case No. _____

_____

Chapter **11** _____

<div align="center">Debtor(s)</div>

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **May 20, 2002** _____    Signature: __/s/ David Norkin_____

<div align="right">David Norkin, President</div>

<div align="right">Debtor</div>

Date: _____    Signature: _____

<div align="right">Joint Debtor, if any</div>

© 1993-2001 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

VERIFICATION OF CREDITOR MATRIX

# Piper Rudnick

1251 Avenue of the Americas
New York, New York 10020-1104
main 212.835.6000 *fax* 212.835.6001

WILLIAM COLEMAN
william.coleman@piperrudnick.com
*direct* 212.835.5682

May 22, 2002

## HAND DELIVERY

Clerk of the Court
United States Bankruptcy Court
One Bowling Green
New York, New York 10004
Attn: Intake

> Re:   Britestarr Homes, Inc.
>         Chapter 11; Case No. 02-12411(CB)

Dear Sir or Madam:

Enclosed is a list containing three additional creditors to be added to the matrix of all creditors in the above-referenced case. Also enclosed is a diskette containing the list in ASCII format, as well as a $20.00 check for the filing fee.

Please do not hesitate to call if you should have any questions in this regard.

Very truly yours,

William Coelman
Paralegal

Enclosures

cc: Timothy W. Walsh, Esq.
    Jeremy R. Johnson, Esq.



RECEIVED
MAY 2 2 2002
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

Baltimore   Chicago   Dallas   Edison   Los Angeles   New York   Philadelphia   Reston   Tampa   Washington   www.piperrudnick.com
*Piper Rudnick LLP and related entities including an Illinois General Partnership*

## Multiple Documents

Select the document you wish to view.

| Part | Description | |
|------|-------------|--|
| 1 | Main Document | 12 pages |
| 2 | Britestarr Board Resolution | 2 pages |
| 3 | Exhibit A to Voluntary Petition | 1 page |
| 4 | Amended List of 20 Largest Unsecured Creditors | 1 page |
| 5 | Verification of Amended Creditor Matrix | 1 page |

Document Selection Menu

## Multiple Documents

Select the document you wish to view.

| Part | Description | |
|---|---|---|
| 1 | Main Document | 2 pages |
| 2 | List of 20 Largest Unsecured Creditors | 1 page |
| 3 | Verification of Creditor Matrix | 1 page |

**U.S. Bankruptcy Court**
**Southern District of New York (Manhattan)**
**Bankruptcy Petition #: 02-12411-cb**

*Assigned to:* Judge Cornelius Blackshear
Chapter 11
Voluntary
Asset

Date Filed: 05/20/2002

**Britestarr Homes, Inc.**
120 Norrans Ridge Drive
Ridgefield, CT 06877
Tax id: 13-3418362
*Debtor*

**Thomas R. Califano**
Piper Marbury Rudnick & Wolfe LLP
1251 Avenue of the Americas
29th Floor
New York, NY 10020-1104
(212) 835-6000
Fax : (212) 835-6001
Email: thomas.califano@piperrudnick.com

represented by

**Timothy W. Walsh**
Piper Rudnick, LLP
1251 Avenue of the Americas
New York, NY 10020-1104
(212) 835-6216
Fax : (212) 835-6001
Email: timothy.walsh@piperrudnick.com



i hereby attest and certify on 7-18-02
that this document is a full, true and correct
copy of the original filed on the court's
electronic case filing system.

Clerk, US Bankruptcy Court, SDNY

By: _____ Deputy Clerk

**Carolyn S. Schwartz**
Office of United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
(212) 510-0500
*U.S. Trustee*

| Filing Date | # | Docket Text |
|---|---|---|
| 05/20/2002 | 1 | Voluntary Petition (Chapter 11). Order for Relief Entered.. Chapter 11 Plan due by 9/17/2002, Disclosure Statement due by 9/17/2002, Initial Case Conference due by 6/19/2002, Filed by Thomas R. Califano of Piper Marbury Rudnick & Wolfe LLP on behalf of Britestarr Homes, Inc.. (Attachments: # 1 List of 20 Largest Unsecured Creditors# 2 Verification of Creditor Matrix) (Califano, Thomas) (Entered: 05/20/2002) |
| 05/21/2002 | 2 | Affidavit *Pursuant to Local Rule 1007-2* (related document(s)1) filed by Thomas R. Califano on behalf of Britestarr Homes, Inc.. (Attachments: # 1 Britestarr Board Resolution# 2 Exhibit A to Voluntary Petition# 3 Amended List of 20 Largest Unsecured Creditors# 4 Verification of Amended Creditor |

| | | |
|---|---|---|
| | | Matrix)(Califano, Thomas) (Entered: 05/21/2002) |
| 05/21/2002 | 3 | Motion to Appoint Trustee filed by Thomas R. Califano on behalf of Britestarr Homes, Inc.. (Califano, Thomas) (Entered: 05/21/2002) |
| 05/21/2002 | | Judge Cornelius Blackshear added to the case. (Lopez, Mary). (Entered: 05/21/2002) |
| 05/21/2002 | | Receipt of Voluntary Petition Filing Fee (Chapter 11). Fee Amount $ 830 , Receipt Number 129021. (Lopez, Mary). (Entered: 05/21/2002) |
| 05/22/2002 | 5 | Amended Matrix filed by Thomas R. Califano on behalf of Britestarr Homes, Inc. Filing Fee Paid, Receipt No. 129086. (Cantrell, Deirdra) Modified on 6/3/2002 (McFadden, Darryl) (Entered: 06/03/2002) |
| 05/30/2002 | | Request for Notice of Electronic Filing Procedures (Rouzeau, Anatin). (Entered: 05/30/2002) |
| 06/01/2002 | 4 | Notice of Electronic Filing Procedure with Certificate of Mailing. Service Date 06/01/02. (Admin.) (Entered: 06/02/2002) |
| 06/04/2002 | 6 | Schedules *of Assets and Liabilities*, Statement of Financial Affairs filed by Timothy W. Walsh on behalf of Britestarr Homes, Inc.. (Walsh, Timothy) (Entered: 06/04/2002) |
| 06/04/2002 | 7 | Matrix *(Amended) of Creditors* filed by Timothy W. Walsh on behalf of Britestarr Homes, Inc.. (Walsh, Timothy) (Entered: 06/04/2002) |
| 06/05/2002 | 8 | Notice of Appearance filed by Stuart A. Krause on behalf of Oak Point Property, Inc., ABB Equity Ventures, Inc.. (Attachments: # 1 certificate of service)(Krause, Stuart) (Entered: 06/05/2002) |
| 06/18/2002 | 9 | Notice of Appearance *and Demand for Service of Papers* filed by Susan P. Persichilli on behalf of Buchanan Ingersoll Professial Corporation. (Attachments: # 1 Affidavit of Service)(Persichilli, Susan) (Entered: 06/18/2002) |
| 07/02/2002 | 10 | **COPY** of Order signed on 6/18/2002 by Judge Alan H.W. Shiff Re: Transferring In Re: Britestarr Homes, Inc., Case No. 02-12411 (CB), to the United States Bankruptcy Court District of Connecticut. New Case No. 02-50811. (Bush, Brent) (Entered: 07/02/2002) |

