02-50 811

_02-12411 (CB)

britestarr amended creditor matrix.txt

ABB Equity Ventures, Inc.
202 Carnegie Center, Suite 100
Princeton, NJ  08540


Lloyds TSB Bank Plc
71 Lombard Street
London, England,       EC3P3B5


PIPER RUDRICK LLP
1251 Avenue Of The Americas
New York, NY  10020