# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

IN RE:                                    : Case No.  02-50811

Britestarr Homes, Inc.                    :

                                          :

                                          : Chapter 11

      DEBTOR                              : March 10, 2003

## MOTION FOR APPOINTMENT
## OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

The undersigned on behalf of Jeffrey Buss, Keith Hartley and Moshe Mirsky, unsecured creditors in the above captioned case, hereby moves as follows, for the formation of an official unsecured creditor's committee in this case.

1. The Chapter 11 case for the debtor remains pending in this courthouse as a debtor-in-possession.  The case was originally filed in New York as a voluntary Chapter 11 petition and was thereafter transferred to this court on its order as an affiliated case with that of debtor David Norkin, Case No. 97-50043.

2. As part of the ordinary procedure associated with the filing of a Chapter 11 case in this district, the U.S. Trustee's Office sent out its standard letters soliciting the participation of creditors to form a creditor's committee in this case.  In response, a number of creditors affirmatively stated their willingness to serve on and form a committee, including: Mr. Keith Hartley and Attorney Jeffrey Buss.  Despite receiving these affirmative responses, and despite telephone calls made by Mr. Hartley to the U.S. Trustee's Office, a meeting was never held to form a committee.

3. Thereafter certain unsecured creditors contacted the undersigned to seek advice in reference to the issue of whether a creditor's committee could be formed in

#69

this Chapter 11 case. The undersigned, on their behalf, undertook to contact the U.S. Trustee's Office relative to the issue of the formation of the committee and did so both by telephone and in writing, a copy of which is attached hereto. Irrespective thereof, no response has ever been received from the U.S. Trustee's Office on this matter to date.

4. Therefore, at this late date, the intent and desire of the unsecured creditors to form a committee has been frustrated. Three creditors, Keith Hartley, Jeffrey Buss, and Moshe Mirsky have requested that the undersigned firm represent their interests in this case, have completed and submitted all necessary forms to the U.S. Trustee's Office, have elected a chairman and are ready and willing to proceed promptly. What remains to be done at this point is for there to exist formal recognition of the committee status as such and to permit the retention of counsel.

WHEREFORE, the unsecured creditors move the court for an order officially recognizing and appointing an unsecured creditor's committee in this case consisting of creditors, Keith Hartley, Attorney Jeffrey Buss, and Attorney Moshe Mirsky and formally ordering its formation in this Chapter 11 case.

THE CREDITORS,
Keith Hartley, Jeffrey Buss and Moshe Mirsky

BY: _____
James M. Nugent
Harlow, Adams & Friedman, P.C.
300 Big Dr.
Milford, CT 06460

Harlow, Adams & Friedman, P.C. • Attorneys At Law
300 Bic Drive • Milford, Connecticut 06460 • (203) 878-0661 • Fax (203) 878-9568 • Juris No.: 102083