# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Civil No. 03-MC380 (JCH) |
| | ) | |
| BRITESTARR HOMES, INC. | ) | |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| ——————————————— | ) | Bankruptcy Case No. 02-50811 |
| | ) | (AHWS) |
| BRITESTARR HOMES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Adv. Pro. No. 03-5072 (AHWS) |
| | ) | |
| PIPER RUDNICK, LLP, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## APPLICATION TO EMPLOY EXPERT WITNESS

Britestarr Homes, Inc., as debtor and debtor-in-possession ("Britestarr" or the "Debtor")

hereby submits this Application to Employ Dr. Peter Fox-Penner and the Brattle Group, 1133

Twentieth Street NW, Washington, DC 20036 as expert witnesses (the "Application"), as of

January 20, 2004. This Application is brought pursuant to §§ 327 and 328 of Title 11 of the

United States Code, 11 U.S.C. §§ 101 *et. seq.* (the "Bankruptcy Code"), and Rules 2014 and

2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

     1.      Britestarr seeks to retain Dr. Fox-Penner and the Brattle Group as an expert

witnesses to study and report on the economic loss suffered by Britestarr because of Piper's

acts and omissions.

## FEE SCHEDULE

2.      The fee schedule for Dr. Fox-Penner and the Brattle Group is attached as Exhibit B to the Application is incorporated herein by reference. The fees for Dr. Fox-Penner and the Brattle Group will not exceed $75,000 until such time as a report is prepared describing Britestarr's economic losses. After that, any additional work that is needed will be done in accordance with the attached fee schedule.

## CONFLICT ANALYSIS

3.      Dr. Fox-Penner and the Brattle Group has carefully examined their files and records and it appears that they have no connection with the Debtor, its creditors, or any other party in interest, or their respective attorneys, and represent no interest adverse to Britestarr or its bankruptcy estate.

## QUALIFICATIONS

4.      Dr. Fox-Penner and the Brattle Group are qualified to examine and opine about the economic loss suffered by Britestarr. In support of these qualifications, Dr. Fox-Penner's *curriculum vitae* is attached hereto and incorporated by reference.

WHEREFORE, the Debtor respectfully requests that Dr. Fox-Penner and the Brattle Group be authorized to act as expert witnesses for the estate with compensation for such services to be paid as an administrative expense in such amounts as this Court may hereafter determine and allow.

Respectfully submitted,

Melissa Zelen Neier
CT25055
Justin Blackhall
CT24781
Ivey, Barnum, & O'Mara
170 Mason Street
Greenwich, Connecticut 06830
Phone: 203-661-6000
Fax:203-661-9462
Counsel for Plaintiff

Michael A. Caddell
SBT No. 03576700
Caddell & Chapman
1331 Lamar, Suite 1070
Houston, TX 77010-3027
Telephone: 713.751.0400
Facsimile: 713.751.0906

ATTORNEY-IN-CHARGE FOR PLAINTIFF
Appointed as Special Litigation Counsel
on June 2, 2003.

OF COUNSEL:

Cynthia B. Chapman
SBT No. 007963339
Charles D. Brown
SBT No. 24026966
Caddell & Chapman
1331 Lamar, Suite 1070
Houston, TX 77010-3027
713.751.0400 Telephone
713.751.0906 Facsimile

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | | |
|---|---|---|
| In re: | ) | Civil No. 03-MC380 (JCH) |
| | ) | |
| BRITESTARR HOMES, INC. | ) | |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| _____ | ) | Bankruptcy Case No. 02-50811 |
| | ) | (AHWS) |
| BRITESTARR HOMES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Adv. Pro. No. 03-5072 (AHWS) |
| | ) | |
| PIPER RUDNICK, LLP, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## <u>AFFIDAVIT OF PROPOSED EXPERT WITNESS</u>

PETER S. FOX-PENNER, Ph.D., being duly sworn, deposed, and says:

1.    I am a Principal and Chairman of the Brattle Group, Inc. ("The Brattle Group"). The

Brattle Group is an international economic and management consulting firm with offices in

Cambridge, Massachusetts, Washington, DC, San Francisco, California and London, England. I

submit this affidavit in connection with the application of Debtor Britestarr Homes, Inc.

("Britestarr" or "Debtor"), to Employ Expert Witness, dated January 20, 2004 (the "Application")

for an order providing the retention of the Brattle Group by the Debtor, in compliance with

Sections 328(a), 504 and 1103 of title 11, United States Code (the "Bankruptcy Code"), and to

provide the disclosure required under the Bankruptcy Rules 2014(a) and 2016(b). Unless otherwise

stated in this affidavit, I have personal knowledge of the facts set forth herein. To the extent that any

information disclosed herein requires amendment or modification upon The Brattle Group's completion of

further analysis and diligent inquiry of available data, a supplemental affidavit will be submitted to the Court

reflecting the same.

      2.     I am an expert in the economics of the electricity generation industry. I received my B.S. in

Electrical Engineering and my M.S. in Mechanical Engineering (Energy Policy) from the University of Chicago

of Illinois, and my Ph.D. in Economics from the Graduate School of Business, University of Chicago, and more

than twenty-five years in experience. A true and correct copy of my curriculum vitae is attached as Exhibit A.

It is a summary of my experience, education, and expertise on the issue of economics as it specifically relates

to the electricity generation industry. I am competent and qualified to establish the amount of economic loss

suffered by Britestarr. I will be supported in my services by other consultants employed by The Brattle Group.

      3.     I am informed and believe, after diligent inquiry, that other than the initial communication

between myself and special lotigation counsel for the debtor with respect to the retention of The Brattle

Group in this case, neither I nor The Brattle Group has any business, professional, or other connections (as

such term is utilized in section 101 (14)(e) of the Bankruptcy Code and Bankruptcy Rule 2014(a) with (a)

Debtor, (b) any of the persons or entities listed on the Claims Register in the Debtor's bankruptcy docket,

or (c) Piper Rudnick LLP. I note, however, that The Brattle Group is not aware of all the identity of any

attorneys who may represent the Debtor's creditors or Piper Rudnick LLP in either Debtor's bankruptcy

proceeding or the specific engagement for which the Debtor desires to retain The Brattle Group. The Brattle

Group states that it participates in proceedings and engagements onvolving many different attorneys, some

of whom may represent creditors of the Debtor or other parties in interest in this case, as well as other parties. To the best of my knowledge, after diligent inquiry, I believe that The Brattle Group does not provide any consulting or expert witness services to any such entity in connection either with the Debtor's pending bankruptcy or with its pending case against Piper Rudnick LLP.

4.    I am informed and believe, after diligent inquiry, that The Brattle Group does not represent any interest adverse to the Debtor herein, or the Debtor's estate in the matter upon which the firm is to be engaged. Accordingly, I believe that The Brattle Group is a "disinterested" within the meaning in Section 101(14) of the Bankruptcy Code.

5.    The Brattle Group will provide services to the Debtor on a time and materials basis, at The Brattle Group's normal hourly rates, subject to compensation and reimbursement guidelines ordered by the Court. Those rates are set forth below, and are the same rate as generally apply to work The Brattle Group performs for other (non-bankruptcy) clients.

| Level | Hourly Rate |
| --- | --- |
| Full-Time Principals | $315 - $540 |
| Associates & Senior Consultants | $215 - $295 |
| Research Associates | $180 - $195 |
| Research Analysts | $150 - $180 |
| Administrative | $ 70 - $ 90 |

Reasonably incurred expenses associated with the services provided to the Debtor will be billed to the Debtor at the actual cost to the Brattle Group. In-house photocopies are charged at $.10 per page. These rates and charges generally are adjusted on an annual basis, and were most recently adjusted effective January 1, 2004. It is not The Brattle Group's ordinary practice to

maintain detailed time records; however, The Brattle Group will maintain reasonable time records so that the Court may assess the reasonable of The Brattle Group's fees in any application therefor.

6. No promises have been received by The Brattle Group or any employee thereof as to payment or compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, and the local rules and orders of the Court. The Brattle Group has no agreement with any other entity to share with such entity any compensation received by The Brattle Group or by such entity.

7. Your deponent respectfully requests that an order of retention be entered as of the date of this affidavit, based on the hourly rates stated in the attachment to the application and this affidavit.

WHEREFORE your deponent asks for an appropriate order of employment.

_____
PETER S. FOX-PENNER

District of Columbia, ss.
Washington, DC                        D.B.

SWORN AND SUBSCRIBED to me before me
on this _20_ day of _January_, 2003.
                                        2004
                                        D.B.

_____
NOTARY PUBLIC
**Deborah Bailey**
**Notary Public District of Columbia**
**My Commission Expires: April 14, 2008**

4

# EXHIBIT A

## PETER S. FOX-PENNER　　　　　　　　　　　Principal and Chairman of the Board

Peter Fox-Penner is an economist with more than 25 years of experience in regulated industries, energy, and environmental policy issues. In a career that has spanned consulting, senior government service, and academia, he has assisted numerous public and private clients in settings that include expert testimony, publications and speeches, and advice to senior management and boards. He is the author of numerous publications and books and a frequent speaker at conferences and meetings.

Dr. Fox-Penner has a long involvement in utility restructuring economics and policy. He is the author of the *Electric Utility Restructuring: A Guide to The Competitive Era*, a best-selling 1997 work on the subject, and many other publications in electric and energy policy. A former vice president at Charles River Associates, Dr. Fox-Penner joined the U.S. Department of Energy in 1993 as the Principal Deputy Assistant Secretary for Energy Efficiency and Renewable Energy. He later served as a senior advisor in the White House Office of Science and Technology Policy and an assistant to the Deputy Secretary of Energy.

In 1996, he joined *The Brattle Group* as a Principal and Director of the Washington, DC office. In 2001, he was elected to the position of Chairman of the Board, leading the firm's strategic development efforts.

Dr. Fox-Penner received his B.S. in Electrical Engineering and his M.S. in Mechanical Engineering (Energy Policy) from the University of Illinois, and his Ph.D. in Economics from the Graduate School of Business, University of Chicago.

## REPRESENTATIVE EXPERIENCE

*Regulated Industries and Electric Restructuring*

- Electric utility restructuring
- Performance-based and price cap regulation
- Antitrust, market power, and merger-related issues in regulated industries
- Network and transmission pricing, access rules, and governance
- Economic and policy issues in public interest utility programs
- Load and sales forecasting, pricing, and new product analysis
- Utility telecommunications regulatory issues and strategy

*The Brattle Group*

**Peter S. Fox-Penner**
**Principal and Chairman of the Board**                                                         2

*Energy, Environmental, and Technology Policy*

- Emissions markets and trading schemes
- Technology and Market Evaluations
- Public Policies Towards New Technologies and R& D
- Energy conservation—economics and policy
- Energy security policies and the strategic petroleum reserve

## EMPLOYMENT HISTORY

2001-Present:  Chairman, *The Brattle Group*, Washington, DC

1996-Present:  Principal and Director, *The Brattle Group*, Washington, DC

1993-1996:  Principal Deputy Assistant Secretary for Energy Efficiency and Renewable Energy, United States Department of Energy

Senior Advisor for Technology Policy, Office of Science and Technology Policy, Executive Office of the President

Assistant to the Deputy Secretary of Energy

1989-1993:  Vice President, Charles River Associates, Boston, MA

1991-1993:  Professorial Lecturer, Center for Energy and Environmental Studies, Boston University

1987-1989:  Senior Associate, Charles River Associates

1980-1983:  Research Engineer and Chief Research Engineer, Illinois Governor's Office of Consumer Service, Chicago, IL

1977-1980:  Research Assistant and Research Engineer, Office of Vice Chancellor for Energy Research, University of Illinois, Urbana, IL

## SELECTED ADDITIONAL PUBLICATIONS

*Will Federal Legislation Fix the Grid?*  Prepared for the Progressive Policy Institute (website), October 9, 2003.

**Peter S. Fox-Penner**
**Principal and Chairman of the Board**                                                          3

---

*State Involvement in the Regional Transmission Planning Process.* With Gregory Basheda, prepared for The Edison Electric Institute, October 2003.

*The Role of Alternative Energy in the US Supply.* With Adam Schumacher, Presented to the 54th Annual Program on Oil and Gas Law, Houston, Texas, February 20-21, 2003.

"Easing Gridlock on the Grid: Electric Planning and Siting Compacts." *The Electricity Journal, November* 2001.

*Clean Growth: A Balanced Energy Policy for the 21st Century.* Progressive Policy Institute's Policy Report, October 2001.

"A Short Honeymoon for Utility Deregulation." With Greg Basheda, *Issues in Science and Technology*, Spring 2001.

"What not to learn from the Calif. crisis." (Op-ed) *The Providence Journal*, March 3, 2001.

*Epitaph for Electric Deregulation.* Prepared for the National Council on Competition and the Electric Industry, December 2000 meeting, October 2000.

"Monopoly Power After Reform? A Time for Soul-Searching." With Frank Graves, *Public Utilities Fortnightly*, May 2000.

"Federal Restructuring Legislation: Any Chance in This Congressional Session?" *Energy Efficiency Journal*, March 2000.

*Electric Power Deregulation: Blessings and Blemishes, A Non-Technical Review of the Issues Associated with Competition in Today's Electric Power Industry.* Prepared for the National Council on Competition and the Electric Industry, March 14, 2000.

"Transmission Access, Episode II: FERC's Journey." With Johannes P. Pfeifenberger, *Public Utilities Fortnightly*, August 1999.

"In What Shape is Your ISO?" With J.P. Pfeifenberger, P.Q Hanser, and G.N. Basheda, *The Electricity Journal*, July 1998.

"Transco vs. ISO: A Sideshow?" *Public Utilities Fortnightly*, June 1, 1998.

*Fostering Market Center Development and Integration of the Natural Gas Grid Through Improved Pipeline Ratemaking.* With Matt O'Loughlin, Prepared for NorAm Gas Transmission Company, May 1998.

**Peter S. Fox-Penner**
**Principal and Chairman of the Board**                                   **4**

"An Open Letter to the President." *The Electricity Journal*, March 1997.

"Real-Time Pricing: Restructuring's Big Bang?" With Philip Q Hanser and Joseph B. Wharton, *Public Utilities Fortnightly*, March 1997.

"Critical Trends in State Utility Regulation." *Natural Resources and Environment* 8, Winter 1994, pp.17-20.

"Electricity in A Competitive Environment: The Real Issue is Not Retail Wheeling." *Edison Times IRP Quarterly*, Fall 1994.

"A Proposal for Design-Based Auto Industry Environmental Regulation." With Chris Fitzgerald, *Total Quality Environmental Management* 2, Spring 1993, pp. 323-327.

"The Private DSM Industry - A Gleam in Whose Eye?" *The Electricity Journal* 4, December 1991, pp. 21-25.

*Competitive Procurement of Electric Utility Resources* (EPRI CU-6898s). With Paul D. O'Rourke and Peter J. Spinney, Electric Power Research Institute, Palo Alto, CA, July 1990.

"Bidding Update." With Mark Horton and Peter Spinney, *Cogeneration & Resource Recovery* 9, no. 7, November/December 1990, pp. 6-11.

"Bid Policies Overhauled." With Edward Kee, *Cogeneration & Resource Recovery* 9, no. 7, November/December 1990, pp.14-15.

Comments on Notice of Proposed Rulemaking Concerning Avoided Costs. Before the Federal Energy Regulatory Commission, Docket RM88-4, June, 1988.

"Allowing for Regulation in Forecasting Load and Financial Performance." *Public Utilities Fortnightly* (January 7, 1988).

*Price Formula Issues Associated with SPR Release Programs.* Prepared for the Office of Energy Emergencies, U.S. Department of Energy, 1988.

*The Immediate Consequences of an Oil Supply Emergency for the Financial Markets and Major User Groups.* Prepared for the Office of Energy Emergencies, U.S. Department of Energy, 1988.

*Independent Load Forecast for the Commonwealth Edison Service Territory.* With others, Governor's Office of Consumer Services, ICC Docket No. 80-0706. Chicago, June 1981.

**Peter S. Fox-Penner**
**Principal and Chairman of the Board**                                                5

*The Norwegian Power Planning Process.* Institute for Environmental Studies, University of Oslo, Norway, 1981.

*A 1972 Energy and Labor Commodity-Commodity Input-Output Model.* With R. Herendeen, Energy Research Group, University of Illinois, Urbana, IL, March 1980.

*Correspondence Between the EDIO Input-Output Model and the ERG-90 and 360-Order Input-Output Model.* Energy Research Group, University of Illinois, Urbana, IL, March 1980.

*Energy and Labor Cost of Alternative Coal-Electric Fuel Cycles.* With J. Kurish, Energy Research Group, University of Illinois, Urbana, IL, February 1980.

*Handbook of Research Techniques.* Energy Research Group Technical Memo 123. Revised December 1979.

*A Structure of the Electric Utility Industry, 1990.* Energy Research Group Technical Memo 121, November 1979.

*Calculation of Alpha in the Determination of Primary Energy.* With B. Hannon and R. Herendeen, Energy Research Group, University of Illinois, Urbana, IL, November 1979.

"Notes of the Bechtel ESPM/ERG I/O Bridge for Operating (Annual) and Capital (Investment) Costs, Purchasers Prices, 1978." Energy Research Group Technical Memo 119, August 1979.

"Transformation of Brookhaven National Laboratories 110-Order I/O Data into ERG-Usable Form." Energy Research Group Technical Memo 118, July 1979.

*1967-1977 Price Indices for Use with the Energy Research Group Energy Input-Output Policy Models.* Energy Research Group Technical Memo 117, June 1979.

*Direct Energy Transactions Matrix for 1971.* Energy Research Group, University of Illinois, Urbana, IL, June 1979.

*Background Energy Cost Calculations for ACR Gasohol Production.* With Jack Joyce, Report to ACR Processes, Inc., November 1977.

*Net Energy Effects and Resource Depletion: An All- Nuclear Economy.* With Clark Bullard and Donna Amado, Center for Advanced Computation, Document 238, September 1977.

"Taking Appropriate Technology to Task." *WIN* 13, April 7, 1977, pp.8-10,

**Peter S. Fox-Penner**
**Principal and Chairman of the Board**                                          **6**

---

*Net Energy Effects and Resource Depletion: An All-Oil Economy.* With Donna Amado, Center for
Advanced Computation, Document 231, April 1977.

*Standardization of Energy Accounting Techniques.* Center for Advanced Computation, Technical
Memo 83, January 1977.

*Stockpile Optimization and Versatility Consideration for Strategic and Critical Materials.* With
Jaap Spek, Center for Advanced Computation, Document 217, May 1976.

*Energy Requirements and Aerosol and Alternative Packaging: A Case Study.* Center for Advanced
Computation Document 204, February 1976. 2nd revision, July 1976.

*The Energy Research Group Resource Energy-Employment Model and Its Uses in Stockpile
Policymaking.* With Bruce Hannon, Report to the Office of Preparedness, General Services
Administration, July 1975.

*The Coal Future: Capital and Fuel Cycle Energy Costs of a 1000 MW Nuclear Reactor.* Appendix
B to Michael Rieber's Center for Advanced Computation, Document 163, May 1975.

*Summary of Techniques Used for Calculating the Energy Costs of Constructing a Commercial
Nuclear Reactor.* Center for Advanced Computation, Technical Memo, April 1975.

*The Dollar, Energy and Labor Impact of 1971 Regular Route Intercity Bus Transportation.* Center
for Advanced Computation, Technical Memo 31, July 1974.

*Energy Intensity of Motorcycle Travel.* Center for Advanced Computation, Technical Memo 30,
July 1974.

**REFEREED PUBLICATIONS**

"The Regulation of Competition in Wholesale Electric Power Markets." With James Bohn,
Romkaew Broehm, and Gary Taylor, *Energy Law Journal* 23, No. 2, 2002, pp.281-348.

"The FERC, Stranded Cost Recovery, and Municipalization." With Gregory N. Basheda, Darrell B.
Chodorow, Jason A. Hicks, Eric Hirst, James K. Mitchell, Dean M. Murphy and Joseph B.
Wharton, *Energy Law Journal* 19, 1998 pp.351-386

"Efficiency and the Public Interest: QF Transmission and the Energy Policy Act of 1992." *Energy
Law Journal* 14, 1993, pp.51-73.

**Peter S. Fox-Penner**
**Principal and Chairman of the Board**                                                    7

"Electricity Fuel Contracting: Relationships with Coal and Gas Suppliers." With Karen Palmer, David Simpson, and Michael Toman, *Energy Policy*, October, 1993, pp.1045-1054.

"Due Diligence and the Demand for Electricity: A Cautionary Tale." With Franklin M. Fisher, Joen Greenwood, William G. Moss, and Almarin Phillips, *Journal of Industrial Organization, 1992.*

"Cogeneration After PURPA: Energy Conservation and Industry Structure." *Journal of Law and Economics* 33, October 1990, pp.517-552.

"Regulating Independent Power Producers: Lessons of the PURPA Approach." *Resources and Energy* 12, 1990, pp.117-141.

"A Dynamic Input-Output Analysis of Net Energy Effects in Single Fuel Economics." *Energy Systems and Policy* 5, no. 2, 1981.

"An Energy Conservation Tax: Impacts and Policy Implications." With Bruce M. Hannon and Robert Herendeen, *Energy Systems and Policy* 5, no. 2, 1981.

"Gasohol: Does It or Doesn't It Produce Positive Net Energy?" With R.S. Chambers, R.A. Herendeen, and J.J. Joyce, *Science* 206, no. 4420, November 1979, pp.789-795.

"Considerations of Energy Cost and Versatility in Choosing Optimal Stockpile Forms." *Resources Policy* 5, no. 2, June 1979, pp.414-448.

"The Acoustic Specification and Design of a Modern Recording Studio." *Journal of the Audio Engineering Society*, June 1979.

"New Hybrid 1971 Energy Intensities." With R.A. Herendeen and T. Milke, *Energy* 4, 1979, pp. 469-473.

"Cynics, Martyrs, and the Value of Energy Conservation." *Science and Public Policy* 5, 1978, pp.105-110.

"Energy Analysis: Handbook for Combining Process and Input-Output Analysis." With Clark Bullard and David Pilati. *Resources and Energy*, June 1979. Also published by the Energy Research and Development Administration, Washington, DC, ERDA 77-61.

"Energy Intensity of Electric Commuter Railways." Center for Advanced Computation Technical Memo 24, June 1974. Reprinted as "Total Energy and Labor Requirements for an Electric Commuter Railroad." *Energy* 3, 1978, pp.539-542.

Peter S. Fox-Penner
**Principal and Chairman of the Board**                                                          **8**

## MONOGRAPHS AND BOOKS

*Electric Utility Restructuring: A Guide to the Competitive Era.* Vienna, VA:  Public Utility Reports,
1997

"Power Plant Fuel Supply Contracts: The Changing Nature of the Long-Term Supply Relationship.
With Karen Palmer, David Simpson, and Michael Toman, Arlington, VA: Public Utility
Reports, 1992.

*Electric Power Transmission and Wheeling: A Technical Primer.* Washington, DC:  The Edison
Electric Institute, 1990.

## BOOK CHAPTERS

"Price-Responsive Electric Demand: *A National Necessity, Not an Option.*" With Romkaew
Broehm, *Towards Market Based Pricing of Electricity,* Faruqui Ahmad, ed. 2002.

"Value Drivers in the Utility Industry of 2002." With Ellen Craig and Adam Schumacher. *PUR
Analysis of The Nation's Largest Investor-Owned Electric and Gas Utilities,* December
2001 Edition, Public Utilities Reports.

"Energy Policy: Today's View from the Federal Government," in *The Energy Crisis: Unresolved
Issues and Enduring Legacies,* David Feldman, ed., Johns Hopkins University Press, 1996.

"What Role Should the Federal Government Play in Energy Efficiency?" in *Policy Evolution:
Energy Conservation to Energy Efficiency.* Douglas A. Decker and Alan Berolzheimer, eds.
Liburn, GA: The Fairmount Press, 1997.

## SELECTED CONFERENCE/WORKSHOP PARTICIPATION

"Market Measurement and The Delivered Price Test Under Standard Market Design." By Peter
Fox-Penner, Gary Taylor, Romkaew Broehm and Metin Celebi. Presented to the Staff of
the Federal Energy Regulatory Commission, November 15, 2002.

"Enron and Electricity Deregulation." Presented at Le Centre Francais sure les Etats-Unis (CFE),
May 15, 2002.

"At the Crossroads or on the Brink?  U.S. Electric Industry Trends in Early 2002." Presented at
Cooperative Finance Corporation's CEO Conference, April 10, 2002;

**Peter S. Fox-Penner**
**Principal and Chairman of the Board**                                                            9

"Revenues, Regulations and ITC Business Models," Presented at the Executive Transmission
Forum, January 29, 2002.

"A 'Securities' Versus 'Antitrust' of the Competitive Power Industry and its Implication for RTO
Market Monitoring." Remarks before the American Antitrust Institute Conference on
Electricity Market Monitoring, December 11, 2001.

"What Does the California Experience Tell Us About Fixing the Rest of America's Power
Markets?" By Peter Fox-Penner and Joseph B. Wharton. Presented at the National
Association Business Economics Regional/Utility Roundtable, April 24, 2001.

"Taming the Lions in America's Electric Markets: Five Major Challenge." Presented at National
Governors' Association Center for Best Practices, Executive Policy Forum on Energy,
*"Is Electricity Restructuring in Jeopardy?"* Washington, DC, April 5, 2001.

"The Challenge to Co-operatives in the Electric Power Industry of the 21st Century." NRECA's 30th
Annual CEO Leadership Conference. Keystone, CO, August 2, 2000.

"Price-Responsive Electric Demand: A National Priority." The Electric Power Research Institute's
International Energy Pricing Conference. Washington, DC, July 26, 2000.

"Incentives, Regulation and Transmission Companies: One Practioner's View." Presented to The
Federal Energy Regulatory Commission's RTO Staff. Washington, DC, July 16, 1999.

"ISOs, Transcos, Gridcos, and Long-Run Power Industry Efficiency." Federal Energy Bar
Association's Mid-Year Meeting. Washington, DC, December 4, 1998.

"Market Power Issues in Restructured Electric Power Markets." American Bar Association's
Satellite Seminar, "Critical Federal and State Practice Issues in Electricity Deregulation."
Washington, DC, December 3, 1998

"SAVIOR OR BUREAUCRAT? ISOs, Competition, and Independent Transmission Companies."
Winning with Retail Competition, 2nd Annual PUR Conference, Arlington, VA, June 22,
1998.

"The Evolution of the Energy Services Industry." *Have it Your Way: Buying and Saving Energy in
the Age of Customer Choice*, Annual Meeting of Energy Management Consortium and the
Northeast Energy Efficiency Council, Boston, MA, September 18, 1997.

**Peter S. Fox-Penner**
**Principal and Chairman of the Board**                                                     **10**

"Volatility and Stability in the Deregulated Generation Marketplace." Restructuring and
Convergence, Successful Strategies in the Energy Services Marketplace, Arlington, VA,
May 22, 1997.

"Progress and Promise: The Clinton Administration's Efforts in Fostering Sustainable
Development." Global Accords for Sustainable Development: Enabling Technologies and
Links to Finance and Legal Institutions Conference, M.I.T., Cambridge, MA, September 5,
1996.

Invited Speaker, Fourth Biennial Conference of the International Society for Ecological Economics,
Boston, MA, August 7, 1996.

"Linking Energy, Environment, and Technology to the Economy." Globalcon Energy and
Environment Exposition, April 3, 1996.

21st Annual Illinois Energy Conference, November 1996.

Civil Engineering Research Foundation, Washington meeting, October 12, 1995.

"Technology and Economic Growth: The Government's Role." M.I.T. Club of Washington, DC,
October 10, 1995.

"The Impact of Government Budget Changes and Restructuring on Engineering." ASME and the
Public Lecture Series, Washington, DC, September 21, 1995.

"Energy - Environment - Technology: Two Visions, Two Directions." *Proceedings of the 1995
International Energy and Environment Congress.* Association of Energy Engineers,
Richmond, VA, 1995.

"The Federal Role in Energy Efficiency." Eighth Biannual DSM Evaluation Conference, Chicago,
IL, August 24, 1995.

Invited Speaker, Seventh National DOE/EPRI Demand-Side Management Conference, Dallas, TX,
June 28, 1995.

"Utility Restructuring and Regulatory Reform." Invited Presentation, National Association of
Regulatory Utility Commissioners Attorneys' Conference, Tucson, AZ, May 18, 1995.

Invited Speaker, Conservation Committee, Semi-Annual Meetings of the National Association of
Regulatory Utility Commissioners, 1994 and 1995.

**Peter S. Fox-Penner**
**Principal and Chairman of the Board**                                               **11**

Invited Panelist, OECD Seminar on Sustainable Production and Consumption, Massachusetts
Institute of Technology, December 19, 1994.

"Electric Utilities and the Environment: Restructuring Need Not Mean Retreat." Invited
Presentation, "Brave New World - Managing Externalities in a Competitive Electric Utility
Industry." University of Illinois Center for Regulatory Studies, Chicago, IL, November 17,
1994.

Invited Speaker, International Ground Source Heat Pump Association, Hershey, PA, October 17,
1994.

Invited Speaker, "Washington: Business and Public Policy," Brookings Institution Seminar,
October 18, 1994.

"Federal Climate Change Management Programs and Climate-Wise," Businesses for Social
Responsibility 1994 Environment Conference, Boston, MA, October 13, 1994.

Invited Speaker, National Association of State Energy Officials, Asheville, NC, August 31, 1984.

Invited Speaker, Annual Meeting of the California Institute for Energy Efficiency, Berkeley, CA,
July 25, 1994.

"Voluntary Greenhouse Gas Reporting Under the Energy Policy Act of 1992." Invited Presentation,
International Conference on Global Climate Change, Center for Environmental Information,
Washington, DC, February 1993.

Panel Moderator, Natural Gas Procurement Strategies, Association of Energy Engineers Annual
Conference, Boston, MA, June1992.

Panel Moderator, Alternative Fuel Vehicles Conference, the Management Exchange, Washington,
DC, April 1992.

Invited Presenter, American Water Works Association. Conservation Committee Workshop, Austin,
TX, January 1992.

"The Future History of DSM." Plenary presentation, 5th National Demand–Side Management
Conference, Boston, MA, August 1, 1991.

"Visibility of the Buy Strategy — Bulk Power Transfers: Solution or Fatal Attraction?" The
Management Exchange "The Buy vs. Build Decision" Conference, Washington, DC, March
22, 1991.

**Peter S. Fox-Penner**
**Principal and Chairman of the Board**

12

## BOARDS AND OTHER PROFESSIONAL ACTIVITIES

Co-Founder and Board Member, Environment2004, 2003 -

Member of the Board, Global Energy Group, 2002 - 2003

Co-Founder and Steering Committee Chair, Patriot's Energy Pledge 2001 -

Advisor, Progressive Policy Institute, Washington, DC, 2000 – Present

Advisor Center for National Policy, Washington, DC, 1993-present

Advisory Board, Massachusetts Institute of Technology Energy Laboratory, 1993-1996

Nominator, Heinz Foundation Awards, 1995-1996

Member, Illinois Solar Energy Advisory Board, 1980

## HONORS AND AWARDS

*Who's Who in the East* (1991, 1992)
Fellow, Center for the Study of Economy and the State, University of Chicago, 1986
NSF Travel Fellow, Dec. 1981
MIT Institute Fellowship, 1978
Earle C. Anthony Fellowship, 1978
Union Carbide Fellow, 1977-78
Michigan Annual Giving Scholarship, 1976
Illinois State Scholar, 1976
National Merit Scholar, 1976
Sigma Tau Beta
Phi Kappa Phi
Eta Kappa Nu

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF CONNECTICUT
### BRIDGEPORT DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BRITESTARR HOMES, INC. | ) | Case No. 02-50811 (AHWS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that on January 22, 2004, in accordance with Rules

7004(a), 9014 F.R. Bankr.P., I served, via certified mail return receipt requested , a copy of

the **Motion to Employ** and this certification upon the parties of record listed on the

following Scheduling A.

Respectfully submitted,

Michael A. Caddell
SBT No. 03576700
Caddell & Chapman
1331 Lamar, Suite 1070
Houston, TX  77010-3027
Telephone: 713.751.0400
Facsimile: 713.751.0906

Melissa Zelen Neier
CT25055
Justin Blackhall
CT24781
Ivey, Barnum, & O'Mara
170 Mason Street
Greenwich, Connecticut 06830
Phone: 203-661-6000
Fax:203-661-9462
Counsel for Plaintiff

ATTORNEY-IN-CHARGE FOR PLAINTIFF
Appointed as Special Litigation Counsel
on June 2,  2003.

OF COUNSEL:

G:\BRITESTARR\PLEADINGS\Application to Employ ExpWit(Fox).wpd

Cynthia B. Chapman
SBT No. 007963339
Charles D. Brown
SBT No. 24026966
Caddell & Chapman
1331 Lamar, Suite 1070
Houston, TX 77010-3027
713.751.0400 Telephone
713.751.0906 Facsimile

## SCHEDULE A

**Kevin F. Arthur**
**James P. Ulwick**
Kramon and Graham, PA
One South Street
Suite 2600
Baltimore, MD 21202
(Counsel for Piper Rudnick, LLP)

**Patrick M. Birney**
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(Counsel for Piper Rudnick, LLP)

**Thomas R. Califano**
**Jeremy Johnson**
**Howard Schrader**
**Timothy W. Walsh**
Piper Rudnick LLP
1251 Avenue of the Americas
New York, NY 10020
(Counsel for Piper Rudnick, LLP)

**Bruce L. Elstein**
Elstein and Elstein, P.C.
1087 Broad Street, Suite 400
Bridgeport, CT 0664
(Counsel for Mark C. Kruse)

**William S. Fish**
**W. Joe Wilson**
Tyler, Cooper, and Alcaorn
City Place I
185 Asylum Street, 35th Floor
Hartford, CT 06103
(Counsel for Piper Rudnick)

**Randy Harrison**
Meyers & Harrison LLC
3 Research Drive
New Haven, CT 06525

**Elizabeth J. Austin**
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601
(Counsel for ZLG Ventures, LLC)

**Ronald Chorches**
1010 Whethersfield Avenue
Hartford, CT 6114
(Trustee of Estate of David Norkin)

**Carol A. Felicetta**
Reid and Riege, P.C.
234 Church Street, 9th Floor
New Haven, CT 06510
(Counsel for Committee of Unsecured
Creditors)

**Mark G. Hanchet**
Shaw Pittman
335 Madison Avenue
New York, NY 10017-4605
(Counsel to ABB Equity Ventures, Inc.)

**Stuart A. Krause**
Zeichner Ellman & Krause, LLP
575 Lexington Avenue
New York, NY 10022
(Counsel to ABB Equity Ventures, Inc.)
(Counsel to Oak Point Property, Inc.)

**Steven E. Mackey**
Office of the U.S. Trustee
One Century Plaza
265 Church Street
New Haven, CT 06510
(U.S. Trustee)

**Ann M. Nevins**
Office of the U.S. Trustee
One Century Plaza
265 Church Street
New Haven, CT 06510
(U.S. Trustee)

**Fred B. Ringel**
**Scott A. Steinberg**
Robinson, Brog and Associates
1345 Avenue of the Americas, 31st Floor
New York, NY 10105
(Counsel for ZLG Ventures, LLC)

**Hugh Shull**
Office of the Corp. Counsel of the City of NY
100 Church Street
Room 5-233
New York, NY 10007

**Mark M. Kratter**
Law Office of Mark M. Kratter
71 Strawberry Hill Avenue, Suite 101
Stamford, CT 06902
(Counsel for David Norkin)

**Timothy D. Miltenberger**
Coan, Lewendon, Gulliver &
Miltenberger, LLC
495 Orange Street
New Haven, CT 06511
(Counsel to Oak Point Property)

**Robert Schmicker**
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038

**Simon Wynn**
New York State Department of Law
Environmental Protection Bureau
120 Broadway, 26th Floor
New York, NY 10271
(Counsel for NYS Dept. of Environment)

**Justin Blackall**
Ivey Barnum & O'Mara
170 Mason Street
Greenwich, CT 06830