**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>BRITESTARR HOMES, INC.,<br><br>             Debtor. | Chapter 11<br><br>Case No. 02-50811 (AHWS)<br><br>October 3, 2006 |

*AMENDED*
**NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE**, that the undersigned entered an appearance (Doc. 531) on October 3, 2006, inadvertently stating that it represented an incorrect party who has no interest in this matter.  The following lists the correct parties and information.

**PLEASE TAKE NOTICE**, that the undersigned appears for Harbinger Capital Partners, Harbinger Capital Partners Special Situations Fund, L.P., Kelson Holdings, LLC and their affiliates and pursuant to 11 U.S.C. §342(a) and Rules 2002, 2018, and 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure demands that all notices given or required to be given in this case (and in any and all adversary proceedings therein) and all papers, documents and/or pleadings filed herein, served or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the office, Post Office address and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the rules and statutes specified above but also includes, without limitation, every order, application, motion, petition, pleading, request, complaint, demand, or other document which is filed with or brought before this Court or which affects the debtor or the property of the debtor or of the estate (and any and all notices of hearing with respect to any of the foregoing), whether formal or informal, whether written or oral and whether transmitted or conveyed by mail delivery, telephone, telegraph, facsimile transmission, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE**, that this Notice, Demand and Request includes and constitutes a request to be served with each and every plan which is filed herein by any person or entity.

Dated at Bridgeport, Connecticut this 3rd day of October, 2006.

        Respectfully submitted,
        Harbinger Capital Partners, Harbinger Capital
        Partners Situations Fund, L.P., Kelson
        Holdings, LLC and Their Affiliates

        By:  /s/  Jessica Grossarth
        Jessica Grossarth (ct23975)
        Pullman & Comley, LLC
        850 Main Street, P.O. Box 7006
        Bridgeport, CT  06601-7006
        (203) 330-2000 Fax: (203) 576-8888
        jgrossarth@pullcom.com

## CERTIFICATE OF SERVICE

     This is to certify that a copy hereof was either received electronically or sent via U.S. mail, postage prepaid, on the date hereon to the persons listed on the attached Schedule A.

                              /s/ Jessica Grossarth
                              Jessica Grossarth (ct23975)

## **SCHEDULE A**

Britestarr Homes, Inc.
Case No. 02-50811 (AHWS)

| |
|---|
| Office of the United States Trustee<br>Assistant United States Trustee<br>Steven Mackey, Esq.<br>Staff Attorney<br>265 Church Street, Suite 1103<br>New Haven, CT  06510 |
| Kevin F. Arthur, Esq.<br>Kramon and Graham, PA<br>One South Street<br>Suite 2600<br>Baltimore, MD  21202<br>**Attorneys for Piper Rudnick, LLP** |
| Patrick M. Birney, Esq.<br>Brown Raysman Millstein Felder & Steiner<br>City Place II 10th Floor<br>185 Asylum Street<br>Hartford, CT  06103<br>**Attorneys for Piper Rudnick, LLP** |
| Justin Blackhall, Esq.<br>Kent C. Kolbig, Esq.<br>Melissa Zelen Neier, Esq.<br>Joyce H. Young, Esq.<br>Ivey, Barnum & O'Mara, LLC<br>170 Mason Street<br>Greenwich, CT 06830<br>**Attorneys for Britestarr Homes, Inc.** |
| Charles D. Brown, Esq.<br>Michael A. Caddell, Esq.<br>Gregory K. Evans, Esq.<br>Caddell and Chapman<br>1311 Lamar |

4

| |
|---|
| Suite 1070<br>Houston, TX  77010<br>**Attorneys for Britestarr Homes, Inc.** |
| Jeffrey D. Buss, Esq.<br>733 Yonkers Avenue, Suite 200<br>Yonkers, NY  10704<br>**Attorneys for Smith, Buss & Jacobs, LLP** |
| Thomas R. Califano, Esq.<br>Jeremy Johnson, Esq.<br>Timothy W. Walsh, Esq.<br>Piper Rudnick, LLP<br>Howard Schrader, Esq.<br>1251 Avenue of the Americas<br>New York, NY  01002-1104<br>**Attorneys for Britestarr Homes, Inc. (Debtor)**<br>**Attorneys for Piper Rudnick, LLP (Creditor)** |
| Scott M. Charmoy, Esq.<br>Charmoy & Charmoy<br>1700 Post Road Suite D-3<br>P.O. Box 745<br>Fairfield, CT  06430<br>**Attorney for John Nonnemacher** |
| Ronald Chorches, Esq.<br>Law Offices of Ronald I. Chorches<br>433 Silas Deane Highway<br>2nd Floor<br>Wethersfield, CT  06109 |
| Bruce L. Elstein, Esq.<br>Elstein and Elstein, P.C.<br>1087 Broad Street<br>Suite 400<br>Bridgeport, CT  06604<br>**Attorneys for Craig W. Galea** |
| Jon P. Newton, Esq. |

| |
|---|
| Reid and Riege, P.C.<br>234 Church Street<br>9th Floor<br>New Haven, CT  06510-1819<br>**Attorneys for Unsecured Creditor** |
| William S. Fish, Esq.<br>W. Joe Wilson, Esq.<br>Tyler, Cooper and Alcorn<br>CityPlace I<br>185 Asylum Street, 35th Fl<br>Hartford, CT  06103<br>**Attorneys for Piper Rudnick, LLP** |
| Mark G. Hanchet, Esq.<br>Stuart A. Krause, Esq.<br>Zeichner Ellman & Krause, LLP<br>575 Lexington Avenue<br>New York, NY  10022<br>**Attorneys for ABB Equity Ventures, Inc.** |
| Mark M. Kratter, Esq.<br>Kratter & Gufstafson, LLC<br>71 East Avenue, Su. O<br>Norwalk, CT  06851<br>**Attorneys for David Norkin** |
| Timothy D. Miltenberger, Esq.<br>Coan Lewendon Gulliver & Miltenberger, LLC<br>495 Orange Street<br>New Haven, CT  06511<br>**Attorney for Oak Point Property, Inc.** |
| Fred B. Ringel, Esq.<br>Scott A. Steinberg, Esq.<br>Robinson, Brog and Assoc.<br>1345 Avenue of the Americas<br>31st Floor<br>New York, NY  10105 |

| |
|---|
| **Attorneys for ZLG Ventures, LLC** |
| Neil Schaier, Esq.<br>Hugh H. Shull, Esq.<br>Office of Michael A. Cardozo<br>Corporation Counsel of the City of New York<br>New York City Law Department<br>100 Church Street, Room 5-246<br>New York, NY 10004<br>**Attorneys for City of New York** |
| Robert Schmicker, Esq.<br>Stroock & Stroock & Lavan, LLP<br>180 Maiden Lane<br>New York, New York 10038 |
| James P. Ulwick, Esq.<br>Kramon and Graham, P.A.<br>One South Street<br>Suite 2600<br>Baltimore, MD 21202<br>**Attorneys for Piper Rudnick, LLP** |
| Simon Wynn, Esq.<br>New York State Department of Law<br>Environmental Protection Bureau<br>120 Broadway, 26th Floor<br>New York, NY 10271<br>**Attorney for New York State Department of Environmental Conservation** |

Bridgeport/ADMIN.ADMIN/JXG/613115v1