Form BPT ntchrgbk

# UNITED STATES BANKRUPTCY COURT
## District of Connecticut

| | |
|---|---|
| In Re: Britestarr Homes, Inc. Debtor(s) | Bankruptcy Proceeding No.: 02–50811<br>Chapter: 11<br>Judge: Alan H.W. Shiff |

## NOTICE OF HEARING

**An assignment of claim has been filed with the court.**

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

PLEASE TAKE NOTICE that a hearing will be held at

915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT 06604

on 2/27/07 at 10:00 AM

to consider and act upon the following:

*583* – Assignment of Claim Transferor: Buchanan Ingersoll Professional Corp. (Claim No. 9) To PPOP Claims, LLC Filed by Creditor PPOP Claims, LLC (Leyva, Leo)

NOTICE IS FURTHER GIVEN that any objection to this matter shall be filed with the clerk's office, 915 Lafayette Blvd., Bridgeport, CT 06604, <u>AT LEAST 2 (TWO) business days prior to the scheduled hearing.</u>

NOTICE IS FURTHER GIVEN that said hearing may be continued or adjourned from time to time; without further notice other than an order in open court.

**If you want the court to consider your views on the above mentioned matter(s), then you or your attorney must be in attendance on the above scheduled date.**

**If you or your attorney do not attend the above scheduled hearing, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting the relief.**

Date of Issuance by the Clerk: 1/30/07

*Deborah S. Hunt*

Clerk, U.S. Bankruptcy Court