UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| BRITESTARR HOMES, INC., | : | Case No.: 02-50811 (AHWS) |
| | : | |
| Debtor | : | July 2, 2008 |

NOTICE OF WITHDRAWAL, WITH PREJUDICE,
OF DEBTOR'S OBJECTION TO CLAIM NO. 13

Britestarr Homes, Inc. (the "Debtor"), hereby withdraws, with prejudice, its Objection to Claim, dated April 25, 2003 [Doc I.D. No. 101] (the "Claim Objection"), as it relates to Claim No. 13, filed by Piper Rudnick LLP n/k/a DLA Piper US LLP.

BRITESTARR HOMES, INC.

/s/ Melissa Zelen Neier
Melissa Zelen Neier, (ct25055)
Counsel for the Debtor
Ivey, Barnum, and O'Mara
170 Mason Street
P.O. Box Greenwich, CT 06836
(203) 661-6000

Its Attorneys

1

## CERTIFICATION

I hereby certify that on July 2, 2008 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Melissa Zelen Neier
Melissa Zelen Neier