**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| BRITESTARR HOMES, INC., | : | Bankruptcy Case No. 02-50811 |
| | : | |
| Debtor. | : | |

## NOTICE OF FILING OF FINAL REPORT/SARD REPORT

Oak point Property, Inc, by and through its attorneys, Coan, Lewendon, Gulliver & Miltenberger, LLC, the "Successor" under the terms of Britestarr Homes Confirmed Second Amended Plan of Reorganization, hereby submits the final report showing the cash receipts and disbursements of the Britestarr Homes bankruptcy estate and states as follows:

1. The undersigned is the attorney for Oak Point Property, Inc.

2. The undersigned has personal knowledge of the facts and circumstances surrounding the bankruptcy proceedings of Britestarr Homes, Inc.

3. The SARD report attached hereto is true and correct to the best of the undersigned's knowledge, information, and belief

1

WHEREFORE, Oak Point Property, Inc., hereby files the final report/SARD report for the bankruptcy case styled *In re Britestarr Homes, Inc.*, Bankruptcy Case No. 02-50811.

OAK POINT PROPERTY, INC.

BY: /s/ Timothy D. Miltenberger
Timothy D. Miltenberger (CT08874)
Coan, Lewendon, Gulliver & Miltenberger, LLC
495 Orange Street
New Haven, CT 06511
(203)624-4756
(203)865-3673 FAX
Tmiltenberger@coanlewendon.com
Its Attorneys

## SARD REPORT

DOCKET # 02-50811

IN RE: BRITESTARR HOMES, INC.

1. $ 9,508,201.35     GROSS CASH RECEIPTS

===================================================

### FEES AND EXPENSES

2. $ 0.00     TRUSTEE COMPENSATION
(All chapters)

3. $ 0.00     FEE FOR ATTORNEY FOR TRUSTEE

4. $ 2,844,248.37     OTHER PROFESSIONAL FEES AND ALL EXPENSES
(Include fee for Attorney for Debtor)

### DISTRIBUTIONS

5. $ 4,643,055.06     SECURED CREDITORS

6. $ 762,637.77     PRIORITY CREDITORS

7. $ 959,674.00     UNSECURED CREDITORS

8. $ 215,821.00     EQUITY SECURITY HOLDERS

9. $ 82,765.15     OTHER DISTRIBUTIONS (include payments to debtor)

---

$ 9,508,201.35     TOTAL DISBURSEMENTS
(Sum of items 2 through 9 should equal gross cash receipts)