UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | CHAPTER: 11 |
| Britestarr Homes, Inc. | CASE NO.: 02-50811 |
| Debtor(s) | |

## ORDER ON MOTION FOR FINAL DECREE

THIS MATTER came before this Court upon the above-captioned Debtor's Motion for Order Requesting Entry of Final Decree, the Court having reviewed the Motion and file herein, there being due and sufficient notice of the relief requested, and the Court being otherwise duly advised, it is therefore

ORDERED that the Motion for Entry of Final Decree and closing of the above-captioned Chapter 11 proceedings is hereby GRANTED and this case is CLOSED.

Dated at Bridgeport, CT this 19th day of April 2010.

BY THE COURT

Alan H. W. Shiff
United States Bankruptcy Judge